GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
*Attorney for Defendant New Jersey Department of Environmental Protection*

By:   Christopher E. Martin
      Deputy Attorney General
      NJ Attorney ID# 018301990
      (609)376-2864
      Christopher.martin@law.njoag.gov

      Michele M. Solari
      Deputy Attorney General
      Attorney ID: 305402019
      (609) 376-2852
      Michele.Solari@law.njoag.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | |
|---|---|
| **BRIAN HENDERSON,**<br><br>             **Plaintiff,**<br><br>        v.<br><br>**NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF NEW JERSEY, and JOHN DOES #1-10,**<br><br>             **Defendants.** | Hon. Michael A. Schipp, U.S.D.J.<br>Hon. Lois H. Goodman, U.S.M.J.<br><br><u>Civil Action</u><br><br>3:21-civ-09659-MAS-LHG<br><br>**ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

It is hereby stipulated and agreed by and between Patrick F. Carrigg, Esq., attorney for Plaintiff, Brian Henderson, and Attorney General Gurbir S. Grewal, Deputy Attorneys General Christopher E. Martin and Michele M. Solari appearing, attorneys for Defendant New Jersey Department of Environmental Protection,

that the time within which the Defendants may appear, move or otherwise Respond to Plaintiff's Complaint is hereby extended through August 13, 2021, so that the parties may confer regarding the potential for early resolution.

**SO ORDERED:**

_____
**THE HON. LOIS H. GOODMAN, U.S.M.J.**